IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK A. BARKER                                                                                                PETITIONER
ADC #139988

v.                                             4:22-cv-00006-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                       RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 2) and Amended Petition for Writ of Habeas Corpus (Doc. No. 4) is DISMISSED and the requested relief is DENIED.

Dated this 9th day of September, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE