IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK A. BARKER                                                                                    PETITIONER
ADC #139988

v.                                      4:22-cv-00006-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 9th day of September, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE