IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK A. BARKER**                                                                                      **PLAINTIFF**
**ADC #139988**

V.                                            4:22CV00006 JM

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                                **DEFENDANT**

## ORDER

Pending are several motions filed by the Plaintiff in this closed case. The Court has reviewed Plaintiff's motion for reconsideration, objections, and the entire record de novo. Plaintiff has failed to present any information, evidence or new legal authority which would require the Court to reconsider the Order adopting the Magistrate's findings and recommendation. Therefore, the motion is denied.

Plaintiff moves the Court for copies of his motion for reconsideration, brief in support of habeas corpus and objections, as well as the envelopes which contained his brief in support of habeas corpus, and his objections. The motions for a copy of his motion for reconsideration, brief, and objections are granted. The motion for copies of envelopes is denied.

Plaintiff asks the Court to order prison employees to do his legal typing and/or grant him a hearing because he believes there is a conspiracy by the prison administration against him. The Court does not have the power to order prison personnel to do Plaintiff's legal typing. It should be noted that the Court is able to adequately read and understand Plaintiff's handwriting. Further, there is no evidence that the prison administration is conspiring to harm Plaintiff. Therefore, a hearing is not necessary.

In conclusion, Plaintiff's motion (ECF No. 36) is DENIED. Plaintiff's motions for copies (ECF Nos. 37, 39, 40) are GRANTED in part and DENIED in part. The Clerk is directed to mail Plaintiff a copy of docket entries 32, 33, and 36. Plaintiff's motion for judicial notice (ECF No. 38) is DENIED.

IT IS SO ORDERED this 17th day of November, 2022.

_____
James M. Moody Jr.
United States District Judge